1 | ADAM PAUL LAXALT
Attorney General
2 | DARBY G. PHELPS, Bar No. 14599
Deputy Attorney General
3 | State of Nevada
Bureau of Litigation
4 | Public Safety Division
100 N. Carson Street
5 | Carson City, Nevada 89701-4717
Tel: (775) 684-1159
6 | E-mail: dphelps@ag.nv.gov

7 | *Attorneys for Defendants*
*Adam Brendel, John "James" Buchanan,*
8 | *Timothy Howard and William Miller*

9 | ### UNITED STATES DISTRICT COURT

10 | ### DISTRICT OF NEVADA

11 | THOMAS JENSEN,

Case No. 3:16-cv-00407-MMD-CBC

12 |     Plaintiff,

13 | v.

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

14 | ADAM BRENDEL, et al.,

15 |     Defendants.

**(First Request)**

16 |

17 |    Defendants Adam Brendel, John "James' Buchanan, Timothy Howard and William Miller, by

18 | and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps,

19 | Deputy Attorney General, hereby submit their Motion for Extension of Time to File Motion for

20 | Summary Judgment. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the

21 | following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

22 |        **MEMORANDUM OF POINTS AND AUTHORITIES**

23 | **I.  ARGUMENT**

24 |    Defendants file this Motion for Extension of Time out of an abundance of caution. Filed

25 | contemporaneously herewith is Defendants' Response to Plaintiff's Motion to Compel Discovery

26 | ("Response"). The Response requests that the Court amend the scheduling order and reopen discovery

27 | for an additional sixty (60) days. Defendants did not receive Plaintiff's Requests for Production of

28 | Documents or the correspondence Plaintiff attached as exhibits to his Motion to Compel Discovery

1 (ECF No. 22). The Response further requests that the Court move the dispositive motions deadline to

2 thirty (30) days after the new discovery deadline. In the event the Court declines to reopen discovery

3 and amend the scheduling order, Defendants respectfully request an additional thirty (30) day extension

4 of time from the date of the entry of the order denying the request to amend the scheduling order.

5       Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

6          When an act may or must be done within a specified time, the court may,
         for good cause, extend the time: (A) with or without motion or notice if

7          the court acts, or if a request is made, before the original time or its
         extension expires; or (B) on motion made after the time has expired if the

8          party failed to act because of excusable neglect.

9

10       Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case.

11 The requested thirty (30) day extension of time should permit Defendants time to file a motion for

12 summary judgment after a decision on the request to amend the scheduling order. Defendants assert

13 that the requisite good cause is present to warrant the requested extension of time.

14       For these reasons, Defendants respectfully request a thirty (30) day extension of time from the

15 date of the order denying the request to amend the scheduling order, if applicable.

16       DATED this 20th day of November, 2018.

17          ADAM PAUL LAXALT
         Attorney General

18

19          By: _____

20          DARBY G. PHELPS
         Deputy Attorney General

21          State of Nevada
         Bureau of Litigation

22          Public Safety Division

23          *Attorneys for Defendants*

24

25          **IT IS SO ORDERED.**

26          _____
         U.S. MAGISTRATE JUDGE

27          DATED: 11/27/2018

28

1

**CERTIFICATE OF SERVICE**

2       I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3 on this 20th day of November, 2018, I caused to be served a copy of the foregoing, **MOTION FOR**

4 **EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**, by U.S. District

5 Court CM/CFE Electronic Filing to:

6 Thomas Jensen, #59748

7 Care of NNCC Law Librarian
Northern Nevada Correctional Center

8 P.O. Box 7000
Carson City, NV 89702

9 lawlibrary@doc.nv.gov

10

11

12                             _____
An employee of the

13 Office of the Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3