AARON D. FORD
  Attorney General
IAN CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants*
*Adam Brendel, John "James" Buchanan,*
*Timothy Howard and William Miller*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS JENSEN,

    Plaintiff,

v.

ADAM BRENDEL, et al.,

    Defendants.

Case No. 3:16-cv-00407-MMD-CBC

**MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants, Adam Brendel, John "James' Buchanan, Timothy Howard and William Miller (Defendants), by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby submit their Motion for Extension of Time to File a Reply in Support of the Motion for Summary Judgment. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    ARGUMENT**

Defendants respectfully request a twenty-one (21) day extension of time out from the current deadline (June 17, 2019) to file a reply brief in support of the pending defense motion for summary judgment in this case. Defense counsel is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General. However, such obstacles are currently being resolved and the

requested extension of time should afford Defendants adequate time file a reply brief supporting the motion for summary judgment in this case.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for more thorough briefing to narrow or eliminate issues prior to further proceedings. The requested twenty-one (21) day extension of time should permit Defendants time to file a reply brief in support of the pending defense motion for summary judgment. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a twenty-one (21) day extension of time from the current deadline to file a reply brief in support of the summary judgment motion, with a new deadline to and including Monday, July 8, 2019.

DATED this 17th day of June, 2019.

AARON D. FORD
Attorney General

By: _____
IAN E. CARR
Deputy Attorney General
State of Nevada
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: 6/19/2019

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 17th day of June, 2019, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, by U.S. District Court CM/CFE Electronic Filing to:

Thomas Jensen, #59748
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General